IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

      Plaintiff,

v.

SIMMS RHEA,
JOE OLD,
JOEL STEVENSON,
WILLIAM CONNOR, and
GARY SHOUN,

      Defendants.

_____

## ORDER DENYING JOINDER OF DEFENDANT SIMMS RHEA IN UNOPPOSED MOTION TO EXTEND DATE FOR FILING DISPOSITIVE MOTIONS
_____

**THIS MATTER** comes before the Court pursuant to Defendant Simms Rhea's Joinder of

Defendant Simms Rhea in Unopposed Motion to Extend Date for Filing Dispositive Motions

**(#110)**.

The Defendant did not submit a proposed order as part of the electronic filing, nor submit

a proposed order in WordPerfect format or Microsoft Word format to chambers by electronic

mail.  Both acts are required by D.C. Colo. ECF Proc. V.L.2.  Accordingly, the Motion is

**DENIED** without prejudice.

DATED this 10th day of November, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge