IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON,
WILLIAM CONNOR, and
GARY SHOUN,

    Defendants.

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THE COURT, having reviewed the Stipulation for Dismissal With Prejudice **(#154)** between Plaintiff and Defendant William Conner, and being fully apprised in the premises,

IT IS HEREBY ORDERED that said Stipulation for Dismissal is GRANTED. Defendant William Conner is hereby dismissed with prejudice from the above-referenced case, each party to pay her/his own costs and attorney fees.

DATED this 17th day of January 2006.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge