IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON,
WILLIAM CONNOR, and
GARY SHOUN,

    Defendants.

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    In light of Plaintiff's Motion to Withdraw Plaintiff's Motion to Compel District Attorney Records (filed February 7, 2006) it is hereby

    **ORDERED** that Plaintiff's Motion to Compel Production of District Attorney Records filed January 10, 2006; *doc. no. 146*) is **DENIED**, as withdrawn.

**DATED:**    February 9, 2006