IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLD,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

### ORDER RESCHEDULING FINAL TRIAL PREPARATION CONFERENCE
_____

The Final Trial Preparation Conference previously set for June 2, 2006 **is hereby reset to June 1, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of March 2006.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge