IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Olt's Unopposed Motion for Leave to Attend Settlement Conference By Telephone (filed May 12, 2006; *doc. no. 197) is* **GRANTED**. Defendant Olt and Mr. Slezak are instructed to provide counsel with the proper contact information so they can be reached, as needed, during the settlement conference.

**DATED:**     May 15, 2006