IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

      Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

      Defendants.

_____

**ORDER DENYING MOTION TO REMOVE ATTORNEY FROM
COURT RECORDS AND FILINGS**
_____

**THIS MATTER** comes before the Court pursuant to Defendant Rhea's Motion to Remove Attorney from Court Records and Filings **(#203)**, which the Court construes as a Motion for Attorney to Withdraw.

Defendant Rhea has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A).

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 17th day of May 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge