IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON,
WILLIAM CONNOR, and
GARY SHOUN

    Defendants.

_____

**ORDER REGARDING UNOPPOSED MOTION FOR LEAVE TO
ATTEND FINAL TRIAL PREPARATION CONFERENCE SET FOR JUNE 1, 2006
BY TELEPHONE FROM DEFENDANT OLT**
_____

    Defendant Olt's "Unopposed Motion for Leave to Attend Final Trial Preparation Conference by Telephone," **(#196)** is **GRANTED**. Defendant Olt shall contact chambers at (303)335-2289 no later than 7:50 a.m. on June 1, 2006, by means of a land-line telephone. Appearances by speakerphone or cell phone are not permitted.

    Dated this 17th day of May 2006.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge