IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

      Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

      Defendants.

_____

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO ATTEND PRETRIAL
AND SCHEDULING CONFERENCE BY PHONE**
_____

**THIS MATTER** comes before the Court pursuant to Plaintiff's Motion for Leave to

Attend Pretrial and Scheduling Conference by Phone **(#204)** filed May 17, 2006.

1. The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil

Procedure or the United States District Court for the District of Colorado Local Rules of Practice

dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

2. The Plaintiff did not submit a proposed order in WordPerfect or Word  format to

chambers by electronic mail.  An act required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 17th day of May 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge