IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

## ORDER RE:  UNOPPOSED MOTION TO REMOVE ATTORNEY FROM COURT RECORDS AND FILINGS

_____

THIS MATTER having come before the Court upon Defendant Simms Rhea's Unopposed Motion to Remove Attorney from Court Records and Filings **(#209)** and the Court being fully advised in the foregoing, hereby

ORDERS that Sabina Y. Chung shall be removed by the Court as attorney of record for Defendant Simms Rhea from the Court's records.

Dated this 18th day of May 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge