IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

      Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

      Defendants.

_____

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
## TO TAKE TESTIMONY BY PHONE AT TRIAL

_____

      **THIS MATTER** comes before the Court pursuant to Plaintiff Donja Vaughn's Motion for Leave to Take Testimony by Phone at Trial (**#228**).

      The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, an adequate D.C.COLO.LCivR 7.1(A).

      **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 16th day of June 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge