IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

### ORDER STAYING DEPOSITION OF MARGARET KREHBIEL
_____

**THIS MATTER** comes before the Court pursuant to Defendant Rhea's Motion for Protective Order **(# 235)**. By operation of D.C. Colo. L. Civ. R. 30.2, the filing of the motion automatically stays the deposition until further order of this Court. Accordingly, the deposition of Margaret Krehbiel, scheduled for July 6, 2006, is **STAYED**, pending resolution of Defendant Rhea's motion. The Plaintiff, having noticed the deposition and subpoenaed the witness, shall immediately serve a copy of this Order on Ms. Krehbiel.

Dated this 23d day of June, 2006

                                                   **BY THE COURT:**

                                                   _____

                                                   Marcia S. Krieger
                                                 United States District Judge