IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

     Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

     Defendants.

_____

## ORDER VACATING TRIAL AND SETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*.

Trial in this matter is scheduled for July 10, 2006.  Based on the proceedings to date, it

appears that the case of *United States v. Kittredge*, 04-CR-262 is likely to proceed to trial.  That

case, currently set to begin trial on July 11, 2006, will require vacatur of the trial set in this case.

Accordingly, the trial set for July 10, 2006 is **VACATED**.  The previously issued writs of *habeas*

*corpus ad testificandum* (**# 231, 232**) to the United States Marshal and Montezuma County

Sheriff, directing the production of the Plaintiff and Sharon Vaughn for purposes of trial, are

**VACATED**.

The Court will conduct a 15-minute, non-evidentiary hearing on **Monday, July 10, 2006**

at **9:30 a.m.** for the purpose of re-setting the case for trial.  In addition, counsel shall be prepared

1

to address the elements and supporting evidence of the claim(s) remaining for trial and the needed

trial time.  Counsel shall bring their calendars.

Dated this 28th day of June, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge