IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

**ORDER DENYING UNOPPOSED MOTION FOR LEAVE TO APPEAR
AT JULY 10, 2006 HEARING BY PHONE**
_____

**THIS MATTER** comes before the Court pursuant to Plaintiff Donja Vaughn's Unopposed Motion for Leave to Appear at July 10, 2006 Hearing by Phone **(#243)**.

The Plaintiff did not not submit a proposed order in WordPerfect or Word format to chambers by electronic mail. An act required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 29th day of June 2006.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*
                                                Marcia S. Krieger
                                                United States District Judge