IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOE OLT,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the Joint Stipulation of Dismissal With Prejudice, and request for an Order dismissing all claims against Defendant Olt;

**THE COURT**, having reviewed the motion,

**IT IS HEREBY ORDERED** that all claims in the above-captioned action by Plaintiff against Defendant Joe Olt are **DISMISSED**.

Dated this 6th day of July, 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge