IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on the Unopposed Motion for Leave to Attend July 10, 2006 Hearing by Phone (Revised) **(#247)** filed June 30, 2006 and an identical motion entitled the Unopposed Motion for Leave to Attend July 10, 2006 Hearing by Phone **(#252)** filed on July 6, 2006.

The Court having reviewed the foregoing, **GRANTS (#247) and DENIES (#252) as moot.** Plaintiff's counsel may appear at the July 10, 2006 hearing at 9:30 a.m. by phone and shall contact Maureen Nelson at 303-335-22289 to make arrangements.

Dated this 7th day of July, 2006.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge