IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

## ORDER RESETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*. Due to a scheduling conflict, the hearing set for Monday, July 10, 2006 at 9:30 a.m. is hereby **RESET** to **4:30 p.m.** on the same day. The order setting that hearing remains in effect in all other respects.

Dated this 7th day of July, 2006

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*
                        _____

                        Marcia S. Krieger
                        United States District Judge