IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

## ORDER STRIKING MOTION

**THIS MATTER** comes before the Court on the Motion for Leave to Take Depositions of Witnesses to Preserve Testimony for Trial (**# 261**), filed September 27, 2006.

The Court having reviewed the foregoing, **STRIKES** the Motion without prejudice for failure to comply with Sections V.L.1.a. and V.H.3., of the Electronic Case Filing Procedures for the District of Colorado (Civil). Proposed orders and exhibits to motions shall be submitted as ECF attachments to the motion requesting relief. Questions regarding the electronic filing of documents should be directed to the ECF Help Desk at 1-866-365-6381.

Dated this 2d day of October, 2006

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge