IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01002-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

SIMMS RHEA,
JOEL STEVENSON, and
GARY SHOUN,

    Defendants.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT SIMMS RHEA
_____

THIS MATTER comes before the court on Plaintiff's and Defendant Simms Rhea's Stipulation (filed as a Motion) for Dismissal With Prejudice **(#269)** and Defendant/Counterclaimant Simms Rhea's Unopposed Motion to Dismiss Counterclaims (#**270**)**.** The Court being fully advised in the foregoing,

**ORDERS** that the Motion**s (#269) and (#270) are GRANTED**. Plaintiff's claims against Defendant Simms Rhea are dismissed with prejudice, each party to bear their own costs. Defendant/Counterclaimant Simms Rhea's claims against Plaintiff/Counter Defendant Donja Vaughn are dismissed with prejudice, each party to bear their own costs.

Dated this 1st day of February, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge